

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-23-00102-CR**
**No. 10-23-00103-CR**
**No. 10-23-00104-CR**

**EX PARTE PORCHE CURTIS**

**From the 82nd District Court**
**Robertson County, Texas**
**Trial Court Nos. 22-11-21792-CR,**
**22-11-21793-CR, and 22-11-21794-CR**

## MEMORANDUM OPINION

Porche Curtis appeals the trial court's denials of Curtis's three applications for writ of habeas corpus, each signed by the trial court on February 13, 2023. According to the information included in Curtis's docketing statements for each case, nothing was filed to extend the time in which to file the notices of appeal. Thus, Curtis's notices of appeal were due on March 15, 2023. Because the notices of appeal were not filed until April 3, 2023, they are untimely. *See* TEX. R. APP. P. 26.2(a)(1).

We have no jurisdiction of an untimely appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). Accordingly, these appeals are dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeals dismissed
Opinion delivered and filed April 26, 2023
Do not publish
[OT06]

